1  LUIS A. AYON, ESQ.
   Nevada Bar No. 9752
2  MARGARET E. SCHMIDT, ESQ.
   Nevada Bar No. 12489
3  **MAIER GUTIERREZ AYON**
   400 South Seventh Street, Suite 400
4  Las Vegas, Nevada 89101
   Telephone: (702) 629-7900
5  Facsimile:  (702) 629-7925
   E-mail:     laa@mgalaw.com
6              mes@mgalaw.com

7  *Attorneys for Defendant 5916 Post Mountain Trust*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR MORGAN STANLEY ABS CAPITAL I INC. TRUST 2006-NC5, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-NC5, a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>5916 POST MOUNTAIN TRUST, a Nevada Trust,<br><br>Defendant. | Case No.: 2:15-cv-02420-APG-GWF<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING TO COMPLAINT FOR QUIET TITLE AND DECLARATORY RELIEF**<br><br>**(First Request)** |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, defendant 5916 POST MOUNTAIN TRUST ("Defendant") and plaintiff DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR MORGAN STANLEY ABS CAPITAL I INC. TRUST 2006-NC5, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-NC5 ("Plaintiff"), through their undersigned counsels of record, that the deadline to file a responsive pleading to Plaintiff's complaint for quiet title and declaratory relief (Dkt. No. 1), filed on December 18, 2015, shall be continued for fourteen (14) days, until February 24, 2016. In light of the Nevada Supreme Court's recent decision in *Shadow Wood HOA v. N.Y. Cmty. Bancorp.*, 132 Nev. Adv. Op. 5 (Jan. 28, 2016), the requested extension is necessary to allow Defendant sufficient time to review and appropriately

1

1  respond to Plaintiff's complaint. This is the parties' first request for an extension and is not
2  intended to cause delay or prejudice to any party.

3  DATED this 9th day of February, 2016.        DATED this 9th day of February, 2016.

4  **MAIER GUTIERREZ AYON**                    **WRIGHT, FINLAY & ZAK LLP**

6  _/s/ Margaret E. Schmidt_                 _/s/ Chelsea A. Crowton_
   LUIS AYON, ESQ.                             DANA JONATHON NITZ, ESQ.
   Nevada Bar No. 9752                          Nevada Bar No. 0050
7  MARGARET E. SCHMIDT, ESQ.                    CHELSEA A. CROWTON, ESQ.
   Nevada Bar No. 12489                         Nevada Bar No. 11547
8  400 South Seventh Street, Suite 400          7785 W. Sahara Ave., Suite 200
   Las Vegas, Nevada 89101                      Las Vegas, Nevada 89117
9  *Attorneys for Defendant 5916 Post Mountain  *Attorneys for Plaintiff Deutsche Bank National
   Trust*                                       Trust Company as Trustee for Morgan Stanley
10                                              ABS Capital I Inc. Trust 2006-NC5, Mortgage
                                                Pass-Through Certificates, Series 2006-NC5*

13  **IT IS SO ORDERED.**

15  _____
    GEORGE FOLEY, JR.
16  United States Magistrate Judge

17  DATED this 10th day of February, 2016.