1  WRIGHT, FINLAY & ZAK, LLP
2  Dana Jonathon Nitz, Esq.
   Nevada Bar No. 0050
3  Chelsea A. Crowton, Esq.
   Nevada Bar No. 11547
4  7785 W. Sahara Ave., Suite 200
   Las Vegas, Nevada 89117
5  (702) 475-7964; Fax: (702) 946-1345
   dnitz@wrightlegal.net
6  ccrowton@wrightlegal.net
7  *Attorneys for Plaintiff, Deutsche Bank National Trust Company as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2006-NC5, Mortgage Pass-Through Certificates, Series 2006-NC5*

## U.S. DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR MORGAN STANLEY ABS CAPITAL I INC. TRUST 2006-NC5, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-NC5, a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>5916 POST MOUNTAIN TRUST, a Nevada Trust,<br><br>Defendants. | Case No.:   2:15-cv-02420-APG-GWF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO FILE THEIR RESPONSE TO DEFENDANT 5916 POST MOUNTAIN TRUST'S MOTION TO DISMISS**<br><br> [First Request] |

Plaintiff, Deutsche Bank National Trust Company as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2006-NC5, Mortgage Pass-Through Certificates, Series 2006-NC5 ("Deutsche Bank"), and Defendant, 5916 Post Mountain Trust (hereinafter "Defendant"), by and through their undersigned counsel, stipulate and agree that Deutsche Bank shall have an additional extension of time up to and including March 28, 2016 to file a response to Defendant's Motion to Dismiss, and the Defendant 5916 Post Mountain Trust has up to and including April 04, 2016 to file a Reply in Support of Motion to Dismiss.

This is the parties' first request for an extension of the deadline, and is not intended to cause and delay or prejudice to any party. Trial has not been set in this case yet.

DATED this 16th of March, 2016                    DATED this 16th of March, 2016

**WRIGHT FINDLAY & ZAK, LLP**                    **MAIER GUTIERREZ AYON**


    /s/ Chelsea A. Crowton, Esq.                           /s/ Luis A. Ayon, Esq.
Chelsea A. Crowton, Esq.                          Luis A. Ayon, Esq.
Nevada Bar #11547                                 Nevada Bar #9752
7787 W. Sahara Ave. Ste.200                       400 South Seventh Street, Ste. 400
Las Vegas, NV 89117                               Las Vegas, NV 89101
*Attorney for Plaintiff*                          *Attorney for Defendant,*
*Deutsche Bank National Trust Company as*         *5916 Post Mountain Trust*
*Trustee for Morgan Stanley ABS Capital I Inc.*
*Trust 2006-NC5, Mortgage Pass-Through*
*Certificates, Series 2006-NC5*

IT IS SO ORDERED.

**UNITED STATES DISTRICT COURT JUDGE**

Date: March 17, 2016