|   |   |
|---|---|
| 1 | WRIGHT, FINLAY & ZAK, LLP |
| 2 | Dana Jonathon Nitz, Esq.<br>Nevada Bar No. 0050 |
| 3 | Chelsea A. Crowton, Esq.<br>Nevada Bar No. 11547 |
| 4 | 7785 W. Sahara Ave., Suite 200<br>Las Vegas, Nevada 89117 |
| 5 | (702) 475-7964; Fax: (702) 946-1345 |

dnitz@wrightlegal.net
ccrowton@wrightlegal.net

*Attorneys for Plaintiff, Deutsche Bank National Trust Company as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2006-NC5, Mortgage Pass-Through Certificates, Series 2006-NC5*

# U.S. DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR MORGAN STANLEY ABS CAPITAL I INC. TRUST 2006-NC5, MORTGAGE PASS-THROUGH CERTIFIACTES, SERIES 2006-NC5, a California Corporation,<br><br>   Plaintiff,<br>vs.<br><br>5916 POST MOUNTAIN TRUST, a Nevada Trust,<br>   Defendants. | Case No.:  2:15-cv-02420-APG-GWF<br><br>**STIPULATION AND ORDER TO STAY DISCOVERY PENDING A DECISION ON THE MOTION TO DISMISS** |

Plaintiff, Deutsche Bank National Trust Company as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2006-NC5, Mortgage Pass-Through Certificates, Series 2006-NC5 (hereinafter "Plaintiff" or "Deutsche Bank"), and Defendant, 5916 Post Mountain Trust (hereinafter "Defendant" or "Post Mountain Trust"), by and through their attorneys of record, hereby stipulate and agree to the following:

IT IS HEREBY STIPULATED AND AGREED that discovery in the case should be stayed pending a ruling on the Defendant's Motion to Dismiss filed as Docket No. 12.

IT IS FURTHER HEREBY STIPULATED AND AGREED that the parties agree that a ruling on the Motion to Dismiss will substantially effect whether discovery will be conducted in

Page 1 of 2

1 the case or how discovery will be conducted due to the potential amendment or dismissal of the
2 case.
3     IT IS FURTHER HEREBY STIPULATED AND AGREED that if the Court does not
4 dismiss the case, that within thirty (30) days after the Court renders a ruling on the Motion to
5 Dismiss the parties will meet-and-confer and file a proposed discovery plan.

6 DATED this 18th day of April, 2016.                    DATED this 18th day of April, 2016.

**WRIGHT, FINLAY & ZAK, LLP**                  **MAIER GUTERRIEZ AYON**

  /s/ Chelsea A. Crowton                            /s/ Margaret E. Schmidt
Chelsea A. Crowton, Esq.                       Luis A. Ayon, Esq.
Nevada Bar No. 11547                           Nevada Bar No. 9752
7785 W. Sahara Ave. Ste. 200                   Margaret E, Schmidt, Esq.
Las Vegas, NV 89117                            Nevada Bar No. 12489
*Attorneys for Plaintiff,*                     400 South Seventh Street, Suite 400
*Deutsche Bank National Trust Company as*      Las Vegas, NV 89101
*Trustee for Morgan Stanley ABS Capital I Inc.* *Attorney for Defendant,*
*Trust 2006-NC5, Mortgage Pass-Through*        *5916 Post Mountain Trust*
*Certificates, Series 2006-NC5*

### ORDER

    IT IS SO ORDERED.

DATED this 28th day of April, 2016.

                                              _____
                                              U.S. MAGISTRATE JUDGE

Respectfully Submitted by:
**WRIGHT, FINLAY & ZAK, LLP**

/s/ Chelsea A. Crowton
Chelsea A. Crowton, Esq.
Nevada Bar No. 11547
7785 W. Sahara Ave. Ste. 200
Las Vegas, NV 89117
*Attorneys for Plaintiff, Deutsche Bank National Trust Company*
*as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2006-NC5,*
*Mortgage Pass-Through Certificates, Series 2006-NC5*