**LEACH KERN GRUCHOW ANDERSON SONG**
SEAN L. ANDERSON
Nevada Bar No. 7259
E-mail: sanderson@lkglawfirm.com
RYAN D. HASTINGS
Nevada Bar No. 12394
E-mail: rhastings@lkglawfirm.com
2525 Box Canyon Drive
Las Vegas, NV 89128
Telephone:    (702) 538-9074
Facsimile:     (702) 538-9113
*Attorneys for Defendant Sierra Ranch Homeowners' Association*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR MORGAN STANLEY ABS CAPITAL I INC. TRUST 2006-NC5, MORTGAGE PASS-THROUGH CERTIFICATES , <br><br> Plaintiff, <br><br> vs. <br><br> 5916 POST MOUNTAIN TRUST, a Nevada Trust; SIERRA RANCH HOMEOWNERS ASSOCIATION, <br><br> Defendants. | Case No.:    2:15-cv-02420-APG-EJY <br><br> **STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE REPLY TO DEFENDANT SIERRA RANCH HOMEOWNERS' ASSOCIATION'S MOTION TO DISMISS FIRST AMENDED COMPLAINT [ECF 52]** <br><br> **FIRST REQUEST** |

Plaintiff Deutsche Bank National Trust Company ("Plaintiff") and Defendant Sierra Ranch Homeowners' Association ("Association"), by and through their undersigned counsel, hereby stipulate and agree as follows:

1. Association filed a Motion to Dismiss Plaintiff's Complaint on December 27, 2019 (#52).
2. Plaintiff filed its Opposition to Motion to Dismiss on January 10, 2020 (#55).
3. Pursuant to Local Rule, a Reply in Support of Association's Motion to Dismiss is due on or before January 17, 2020.

LEACH KERN GRUCHOW ANDERSON SONG
2525 Box Canyon Drive, Las Vegas, NV 89128
Telephone: (702) 538-9074 – Facsimile (702) 538-9113

Plaintiff and the Association by and through their counsel hereby agree and stipulate to allow the Association a two (2) week extension of time to file its Reply in support of its Motion to Dismiss. The Association shall have up to and including January 31, 2020, to file its Reply.

DATED this 15th day of January, 2020.

LEACH JOHNSON SONG & GRUCHOW

By: */s/ Ryan D. Hastings*
    SEAN L. ANDERSON
    Nevada Bar No. 7259
    RYAN D. HASTINGS
    Nevada Bar No. 12394
    8945 West Russell Road, Suite 330
    Las Vegas, Nevada 89148
    Phone: (702) 538-9074
   *Attorneys for Defendant Falls at Hidden Canyon Homeowners' Association*

DATED this 15th day of January, 2020.

WRIGHT, FINLAY & ZAK, LLP

By: */s/ Robert A. Riether*
    Robert A. Riether
    Rock K. Jung
    7785 W. Sahara Avenue, Suite 200
    Las Vegas, Nevada 89117
    rriether@wrightlegal.net
    rjung@wrightlegal.net
   *Attorneys for Plaintiff*

**ORDER**

IT IS SO ORDERED.

Dated: January 15, 2020.

_____
UNITED STATES DISTRICT COURT JUDGE