MICHAEL N. BEEDE, ESQ.
Nevada Bar No. 13068
JAMES W. FOX, ESQ.
Nevada Bar No. 13122
**THE LAW OFFICE OF MIKE BEEDE, PLLC**
2470 St. Rose Pkwy., Ste. 307
Henderson, NV 89074
eservice@legalLV.com
Telephone (702) 473-8406
Facsimile (702) 832-0248
*Attorney for Defendant, 5916 Post Mountain Trust*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR MORGAN STANLEY ABS CAPITAL I INC. TRUST 2006-NC5, MORTGAGE PASS THROUGH CERTIFICATES SERIES 2006-NC5, a California Corporation, <br><br> Plaintiff, <br><br> vs. <br><br> 5916 POST MOUNTAIN TRUST, a Nevada Trust, SIERRA RANCH HOMEOWNERS ASSOCIATION <br><br> Defendants. | Case No.: 2:15-cv-02420-APG-EJY <br><br><br> **STIPULATION AND [PROPOSED] ORDER TO AMEND ANSWER TO ADD COUNTERCLAIMS** |

Defendant 5916 Post Mountain Trust (hereafter, "Defendant") by and through its attorneys of record, Michal N. Beede, Esq. and James W. Fox, Esq., of The Law Office of Mike Beede, PLLC; Defendant Sierra Ranch Homeowners' Association (hereafter, "Sierra Ranch"), by and through its attorneys of record, Sean L. Anderson, Esq. and Ryan D. Hastings, Esq., of Leach Kern Gruchow Anderson Song; and Plaintiff Deutsche Bank National Trust Company as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2006-NC5, Mortgage Pass-Through Certificates, Series 2006-NC5 (hefater, "Plaintiff," or "Deutsche"), by and through its attorneys of record, Robert A. Riether, Esq. and Rock K. Jung, Esq. of Wright, Finlay & Zak, stipulate and agree to the following:

1. Defendant 5916 Post Mountain Trust filed its Answer to Plaintiff's Complaint (ECF No. 44) on November 13, 2019.

2. Defendant 5916 Post Mountain Trust filed its Answer to Plaintiff's First Amended Complaint (ECF No. 47) on December 23, 2019. [ECF No. 51].

3. *Defendant 5916 Post Mountain Trust now wishes to amend its previously filed Answer to correct typographical errors and assert counterclaims against Deutsche.*

4. The parties hereto stipulate to allow Defendant 5916 Post Mountain Trust to amend its Answer and Add Counterclaims.

5. Per the Scheduling Order (ECF No. 45), "The Parties shall have until **Tuesday, February 4, 2020**, to file any motion to amend the pleadings or to add parties, which is ninety (90) days before the discovery cut-off date pursuant to LR 26-1(b)(2)."

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

6. Defendants' proposed First Amended Answer and Counterclaims attached hereto as Exhibit 1 shall be filed with this court.

DATED this 21st day of January, 2020.          DATED this 21st day of January, 2020.

THE LAW OFFICE OF MIKE BEEDE, PLLC          WRIGHT, FINLAY & ZAK

By:*/s/ James W. Fox*                          By:*/s/ Robert Riether*
   MICHAEL BEEDE, ESQ.                     ROBERT RIETHER, ESQ.
   Nevada Bar No. 13068                    Nevada Bar No. 12076
   JAMES W. FOX, ESQ.                      ROCK K. JUNG, ESQ.
   Nevada Bar No. 13122                    Nevada Bar No. 10906
   2470 St. Rose Pkwy, Suite 307           7785 W. Sahara Ave., Suite 200
   Henderson, NV 89074                     Las Vegas, NV 89117
   T: 702-473-8406                         T: 702-475-7964
   *Attorney for 5916 Post Mountain Trust*   *Attorneys for Deutsche Bank National Trust Company as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2006-NC5, Mortgage Pass-Through Certificates, Series 2006-NC5*

DATED this 21st day of January, 2020.

LEACH KERN GRUCHOW ANDERSON SONG

By:*/s/ Ryan Hastings*
   SEAN L. ANDERSON, ESQ.
   Nevada Bar No. 7259
   RYAN D. HASTINGS, ESQ.
   Nevada Bar No. 12394
   2525 Box Canyon Drive
   Las Vegas, NV 89128
   T: 702-538-9074
   *Attorneys for Sierra Ranch Homeowners' Association*

## ORDER

The Court, having reviewed the stipulation of the parties, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that Defendant 5916 Post Mountain is permitted to amend its Answer and add Counterclaims. The Amended Answer and Counterclaims attached hereto as Exhibit 1 shall be filed with this Court.

**IT IS FURTHER ORDERED** that the Clerk of Court shall separate and electronically file Defendant 5916 Post Mountain Trust's Amended Answer to Plaintiff's First Amended Complaint and Counterclaim attached to ECF No. 58.

Dated:  January 22, 2020

_____
UNITED STATES MAGISTRATE JUDGE

Submitted by:

THE LAW OFFICE OF MIKE BEEDE, PLLC

By:/s/ James W. Fox

MICHAEL BEEDE, ESQ.
Nevada Bar No. 13068
JAMES W. FOX, ESQ.
Nevada Bar No. 13122
2470 St. Rose Pkwy, Suite 307
Henderson, NV 89074
T: 702-473-8406
*Attorney for 5916 Post Mountain Trust*